TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00131-CV






In re Enrique Alvarez






ORIGINAL PROCEEDING FROM CALDWELL COUNTY 






PER CURIAM 


 Relator Enrique Alvarez has filed a petition for writ of mandamus and motion for
emergency relief to stop a sentencing hearing set for 9:00 a.m. March 14, 2002. This Court overrules
the motion for emergency relief and denies the petition for writ of mandamus. Tex. R. App. P.
52.8(a).


Before Chief Justice Aboussie, Justices Kidd and B.A. Smith

Filed: March 13, 2002

Do Not Publish